United States Bankruptcy Court
Southern District of Georgia

In re:                                                                   Case No. 09-60959-JSD
Paul Edward McCullough                                                   Chapter 13
Victoria P McCullough
        Debtors

# CERTIFICATE OF NOTICE

District/off: 113J-6          User: vwingfiel          Page 1 of 2          Date Rcvd: Apr 25, 2013
                              Form ID: GASB57          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 27, 2013.
cr              +eCAST Settlement Corporation,    c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,
                 TUCSON, AZ 85712-1083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 27, 2013**               **Signature:**    _Joseph Speetjens_

```
District/off: 113J-6          User: vwingfiel             Page 2 of 2               Date Rcvd: Apr 25, 2013
                              Form ID: GASB57             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2013 at the address(es) listed below:
          O Byron Meredith, III    ecfsav1@ch13sav.com
          Patti H. Bass    on behalf of Creditor    Capital One, N.A. ecf@bass-associates.com
          Susan S. Shook    on behalf of Joint Debtor Victoria P McCullough susanshook@bellsouth.net
          Susan S. Shook    on behalf of Debtor Paul Edward McCullough susanshook@bellsouth.net
          TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

| | |
|---|---|
| In re:<br>**Paul Edward McCullough and Victoria P McCullough**<br>     Debtors | Case No.:   09–60959–JSD<br>Judge:   John S. Dalis<br><br>Chapter:   13 |

### NOTICE OF DEFICIENCY

eCast Settlement Corporation, c/o Bass & Associates, P.C., 3936 E Ft. Lowell, Ste 200, Tucson, AZ 85712

The pleading or document, Transfer of Claim #7 (Docket #55) , which you recently filed in the above captioned case is deficient for the reason(s) indicated:

( ☐ )   Fee not paid. Filing fee of $ due. Check must be payable to Clerk, U.S. Bankruptcy Court. Debtor checks are not accepted. Attorney filers shall pay electronically through Pay.gov.

( ☐ )   Document unsigned or does not contain original or electronic signature.

( ☐ )   The name of the Filing User under whose log–in and password the document is submitted must be preceded by an "s/" and typed in the space where the signature would otherwise appear pursuant to ECF Local Rule 8.

( ☐ )   Amendments must be verified by debtor(s).

( ☐ )   The pdf image attached is incorrect. Please re–docket the pleading and attach the correct pdf image.

( ☐ )   A proposed Order must accompany the pleading (Local Bankruptcy Rule 9072–1(a)).

( ☐ )   The language in your proposed order must be consistent with the relief prayed for in your objection or motion.

( ☐ )   Service of process on an insured depository institution shall be made by certified mail addressed to an officer of the institution unless the institution has appeared by its attorney, in which case the attorney shall be served by first–class mail.

( ☐ )   Pursuant to Rules 9014 and 7004, service upon corporations and associations must be made to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process.

( ☐ )   Amended Certificate of Service must be submitted.

( ☐ )   Documents must comply with the Court's negative notice procedure. Notice of these procedures and copies of these forms are available on the Court's website at www.gasb.uscourts.gov.

( ☐ )   Certificate of Service omitted or unsigned.

( ☑ )   The Transfer of Claim show incorrect name of Debtor for this case (Victoria Cox). Please file an Amended Transfer of Claim showing the Debtor's name as shown in the court record for this case.

( ☑ )   The pleading or document will be held in abeyance. If the deficiency indicated above is not cured, ***on or before 5/9/13*** , the matter may be dismissed or denied.

                                              *Lucinda B. Rauback, CLERK*
                                              United States Bankruptcy Court
                                              PO Box 1487
                                              Augusta, GA 30903

Dated **April 25, 2013**
*B–57[Rev. 05/12]* **VW**